IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HAKKI GURKAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 CV 3234 |
| ) | |
| CITY OF CHICAGO, ) | Judge Moran |
| ) | Magistrate Judge |
| Defendant. ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on June 27, 2008, we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Counsel for Plaintiffs' Affidavit of Service, a copy of which is attached hereto.

By: /s/ Thomas C. Cronin

Thomas C. Cronin
Cronin & Co., Ltd.
77 W. Wacker Drive
Suite 4800
Chicago, IL 60601
Ph: (312) 201-7100
Fax: (312) 201-7101
Attorney#: 37287

/s/ Thomas C. Cronin
One of Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that service of the foregoing Notice of Filing of Plaintiffs' Affidavit of Service, shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on June 27, 2008.

/s/ Thomas C. Cronin

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Hakki Gurkan, Plaintiff

V.

City of Chicago

CASE NUMBER: 08CV3234

ASSIGNED JUDGE: JUDGE MORAN

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE

TO: (Name and address of Defendant)

City of Chicago
121 North LaSalle Street, Room 600
Chicago, Illinois 60602 (312) 744-0220

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas C. Cronin
Cronin & Co., Ltd.
77 West Wacker Drive
Suite 4800
Chicago, Illinois 60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_(signature)_

(By) DEPUTY CLERK

June 4, 2008
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6-17-08 |
| NAME OF SERVER (PRINT) Thomas C. Cronin | TITLE Attorney for Plaintiff |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: City of Chicago, 121 N. LaSalle, #107 Chicago, IL To David in Clerk's office

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6-17-08
Date

Signature of Server

Address of Server: 77 W. Wacker #4800 Chicago IL 60601

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.