UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HAKKI GURKAN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 3234 |
| vs. | ) | |
| | ) | Judge Holderman |
| CITY OF CHICAGO, | ) | |
| | ) | Magistrate Judge Brown |
| Defendant. | ) | |

**DEFENDANT'S MOTION
FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant City of Chicago ("the City"), by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, moves this Court for an extension of time, up to and including August 22, 2008, to answer or otherwise plead to plaintiff's complaint. In support of this motion, the City states the following:

1. On June 4, 2008, plaintiff filed a six-count complaint against the City, alleging violations of federal and state law in connection with the 2006 Police Sergeant Examination, part of which was administered while he was on military duty in Iraq.

2. The complaint was served on June 17, 2008.

3. Assistants Corporation Counsel Meera Werth and Timothy Swabb were assigned to represent the City in this action on July 2, 2008.

4. The City's answer or other pleading to plaintiff's complaint is due on July 7, 2008.

5. Mr. Swabb will be out of the office until July 14, 2008.

6. The City's counsel will need time to confer with their client, investigate the claims and obtain pertinent documents.

7. For these reasons, the City will need an extension of time, up to and including August 22, 2008, to answer or otherwise plead.

8. This motion is not being made for the purpose of delay or any other unlawful purpose.

9. Plaintiff will not be prejudiced if the requested extension of time is granted.

WHEREFORE, Defendant City of Chicago requests that this Court grant it an extension of time through August 22, 2008 to answer or otherwise plead to plaintiff's complaint.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel of the
City of Chicago

By:    /s Meera Werth
MEERA WERTH
Assistant Corporation Counsel

30 North LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 742-7035

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused to have a true and correct copy of the foregoing Notice of Motion and Defendant's Motion for an Extension of Time to Answer or Otherwise Plead to be electronically mailed to the attorneys named in the foregoing notice on this 7th day of July 2008.

                                           s/Meera Werth
                                           MEERA WERTH
                                           Assistant Corporation Counsel