UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HAKKI GURKAN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 3234 |
| vs. | ) | |
| | ) | Judge Holderman |
| CITY OF CHICAGO, | ) | |
| | ) | Magistrate Judge Brown |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   Thomas C. Cronin
      Cronin & Co., Ltd.
      77 W. Wacker Drive, Suite 4800
      Chicago, Illinois 60601

      **PLEASE TAKE NOTICE** that on July 7, 2008, I have electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant's Motion for an Extension of Time to Answer or Otherwise Plead, a copy of which is attached hereto.

      **PLEASE TAKE FURTHER NOTICE** that I will appear before the Honorable Judge Holderman, or before such other Judge or Magistrate Judge sitting in his place or stead, on July 15, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

      **DATED** at Chicago, Illinois, this 7th day of July 2008.

      Respectfully submitted,

      MARA S. GEORGES
      Corporation Counsel of the
      City of Chicago

By:   /s Meera Werth
      MEERA WERTH
      Assistant Corporation Counsel

30 North LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 742-7035