# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| HAKKI GURKAN V. THE CITY OF CHICAGO, | 08 C 3234 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THE CITY OF CHICAGO

| | |
|---|---|
| NAME | MEERA WERTH |
| SIGNATURE | s/Meera Werth |
| FIRM | CITY OF CHICAGO EMPLOYMENT LITIGATION DIVISION |
| STREET ADDRESS | 30 NORTH LASALLE STREET, SUITE 1020 |
| CITY/STATE/ZIP | CHICAGO, ILLINOIS 60602 |
| ID NUMBER  06187233 | TELEPHONE NUMBER  (312) 742-7035 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☒ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☒ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐