U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| HAKKI GURKAN V. THE CITY OF CHICAGO, | 08 C 3234 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THE CITY OF CHICAGO

| NAME |
|---|
| TIMOTHY SWABB |

| SIGNATURE |
|---|
| s/Timothy Swabb |

| FIRM |
|---|
| CITY OF CHICAGO EMPLOYMENT LITIGATION DIVISION |

| STREET ADDRESS |
|---|
| 30 NORTH LASALLE STREET, SUITE 1020 |

| CITY/STATE/ZIP |
|---|
| CHICAGO, ILLINOIS 60602 |

| ID NUMBER   06194391 | TELEPHONE NUMBER   (312) 744-7630 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |
|---|---|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |