UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Hakki Gurkan

                Plaintiff,

v.                                                Case No.: 1:08–cv–03234
                                                      Honorable James F. Holderman

City of Chicago

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

        MINUTE entry before the Honorable James F. Holderman: Defendant City of Chicago's motion for extension of time to file answer Or Otherwise Plead [8] is granted. Defendant is given until 8/22/2008 to file its motion to dismiss; response due by 9/12/2008. Reply due by 9/26/2008. The Court to rule electronically and will set further dates at the time of ruling. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.