IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HAKKI GURKAN, | ) |
| | )    No. 08 C 3234 |
| Plaintiff, | ) |
| | )    Chief Judge Holderman |
| v. | ) |
| | )    Magistrate Judge Brown |
| CITY OF CHICAGO, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF MOTION

To:    Thomas Cusack Cronin
77 W. Wacker Dr., Suite 4800
Chicago, IL 60601

PLEASE TAKE NOTICE that on the 22nd day of August 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant's Motion to Dismiss in Part Plaintiff's Complaint and to Stay Answer.

PLEASE TAKE FURTHER NOTICE that we will appear before the Honorable Chief Judge James F. Holderman or any Judge or Magistrate Judge sitting in his place or stead on the 4th day of September 2008, at 9:00 a.m., or as soon there after as counsel may be heard, in the courtroom occupied by him in Room 2541, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the above-referenced motion.

                                               Respectfully submitted,

                                               MARA S. GEORGES
                                               Corporation Counsel of the
                                               City of Chicago

                     By:     *s/ Timothy L. Swabb*
                             TIMOTHY L. SWABB
                             Assistant Corporation Counsel
                             JAY M. KERTEZ
                             Senior Counsel

30 North LaSalle Street, Suite 1020
Chicago, IL 60602
(312) 744-7630/9212